

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC  20226*
*www.atf.gov*

## DECLARATION OF ADMINISTRATIVE FORFEITURE

Asset ID Number:    See Attached List
Case Number:       781040-22-0081
Seizure Number:    05
Judicial District:   Northern District of Texas
Seizure Date:      11/17/2022
Seizure Location:   Garland, TX

The property described above was taken into custody by the Bureau of Alcohol, Tobacco, and Firearms for civil forfeiture pursuant to Title 18, United States Code (U.S.C.), Section 924(d). Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1602-1621 and 18 U.S.C. Section 983.

As of the date of execution of this form, one or more valid claims have been filed as required by law to contest this action; however, any such claims were subsequently withdrawn.

It is hereby declared that the property has been forfeited to the United States pursuant to 18 U.S.C. Section 924(d), and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Clifford Luhn via the FR application          Date: 10/21/2024

Attorney Advisor
As delegated by the Deputy Associate Chief Counsel for Asset Forfeiture
General Law and Information Division
Office of Chief Counsel

GOVERNMENT
EXHIBIT
A

| Asset ID | Asset Description | VIN/Account/Serial Number | Asset Value At Seizure |
|---|---|---|---|
| 23-ATF-002268 | POLYMER80, INC. (P80 TACTICAL P80) PF940SC PISTOL CAL:9 SN:NONE | NONE | $250.00 |
| 23-ATF-002300 | 4 Rounds UNKNOWN Ammunition CAL:12 | NULL | $0.40 |
| 23-ATF-002304 | 50 Rounds UNKNOWN Ammunition CAL:380 | NULL | $5.00 |
| 23-ATF-002305 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002306 | 3 Rounds ASSORTED Ammunition CAL:MULTI | NULL | $0.30 |
| 23-ATF-002307 | 6 Rounds CCI Ammunition CAL:380 | NULL | $0.60 |
| 23-ATF-002308 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002314 | 47 Rounds ASSORTED Ammunition CAL:12 | NULL | $4.70 |
| 23-ATF-002315 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002316 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002318 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002320 | 6 Rounds ASSORTED Ammunition CAL:12 | NULL | $0.60 |
| 23-ATF-002323 | UNKNOWN MANUFACTURER UNKNOWN  RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002324 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002326 | UNKNOWN MANUFACTURER UNKNOWN  RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002327 | 18 Rounds ASSORTED Ammunition CAL:12 | NULL | $1.80 |
| 23-ATF-002330 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002339 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002340 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002341 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002343 | UNKNOWN UNKNOWN  RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002346 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $80.00 |
| 23-ATF-002388 | UNKNOWN MANUFACTURER UNKNOWN PISTOL CAL:UNKNOWN SN:NONE | NONE | $120.00 |
| 23-ATF-002392 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $50.00 |
| 23-ATF-002400 | UNKNOWN MANUFACTURER UNKNOWN  PISTOL CAL:UNKNOWN SN:NONE | NONE | $120.00 |
| 23-ATF-002401 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $50.00 |
| 23-ATF-002402 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $50.00 |
| 23-ATF-002403 | UNKNOWN MANUFACTURER UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE | NONE | $50.00 |