# United States District Court
## Northern District of Texas

*Fort Worth Division*

January 13, 2025

Xavier Watson #32465510
BOP FCI Beaumont Medium
P.O. Box 26040
Beaumont, TX 77720

Re: Your correspondence received in the U.S. District Clerk's Office on January 10, 2025.
Case No./Style: 4:23-cr-00023-O-1

Xavier Watson,

Please find enclosed your requested copies of the following documents:

Docket Sheet
Factual Resume (Doc. 17)
Plea Agreement (Doc. 18)
Judgment (Doc. 37)

Sincerely,

Deputy Clerk - CC

To whom it may concern,

    I would like to request a copy of my docket sheet, factual resume, plea agreement, and judgment. My name is Xavier Watson #32465510.

                                Thanks in advance.

Xavier Watson #32465510
FCI Beaumont Medium
P.O. Box 26040
Beaumont, TX, 77720

# United States District Court
## Northern District of Texas

*Fort Worth Division*

November 19, 2024

Xavier Desean Watson #32465-510
FCI Beaumont Medium
Federal Correctional Institution
P.O. Box 26040
Beaumont, TX 77720


Re: Your correspondence received in the U.S. District Clerk's Office on November 19, 2024.
Case No./Style: 4:23-cr-00023-O-1

Xavier Desean Watson,

Copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page. Certification of copies is an additional $12.00 per document. If you wish to receive a copy of your case, please send a money order made payable to the United States District Court in the correct amount along with your request to our office.

Docket Sheet (Doc. ) 7 Pages X $0.50 = $3.50
Factual Resume (Doc. 17) 3 Pages X $0.50 = $1.50
Plea Agreement (Doc. 18) 7 Pages X $0.50 = $3.50
Judgment (Doc. 37) 4 Pages X $0.50 = $2.00
Total: $10.50


Sincerely,

Deputy Clerk - SAW



Xavier Watson #32465510
FCI Beaumont Medium
P.O. Box 26040
Beaumont, TX 77720

United States District Court
attn: Office of the Clerk
North District of Texas
501 West Tenth St. Room 310
Fort Worth, TX 76102